IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____

TRANS-HIGH CORPORATION, d.b.a. HIGH TIMES MAGAZINE,
THE DAILY DOOBIE, LLC, a corporate entity; and
THE HEMP CONNOISSEUR, LLC, a corporate entity;

    Plaintiffs,

v.

THE STATE OF COLORADO; and
JOHN HICKENLOOPER, in his official capacity as Governor of Colorado;

    Defendants.

---

### MOTION FOR PRELIMINARY INJUNCTION

---

Plaintiffs, by their attorneys David A. Lane and Darren M. Jankord of the law firm of KILLMER, LANE & NEWMAN, LLP, hereby submit the following MOTION FOR A PRELIMINARY INJUNCTION enjoining Defendant's ongoing violations of the First Amendment to the United States Constitution:

1. Defendants have violated Plaintiffs' First Amendment rights by enacting, enforcing, and defending Section 12.43.4-202(3)(2)(II) of House Bill 13-1317, which places undue restrictions on Plaintiffs' right to free speech.

2. These violations are ongoing. But for injunctive relief, the Constitutional violations alleged in the Complaint will continue to occur. Injunctive relief is thus warranted to prevent future violations. *United States v. Oregon State Medical Soc.*, 343 U.S. 326, 333 (1952)(all that is needed for a cause of action for relief by injunction is a

real threat of future violation or a contemporary violation of a nature likely to continue or recur).

3. Plaintiffs in a First Amendment case must satisfy four conditions to obtain a preliminary injunction and show: (1) they will suffer irreparable harm unless the injunction issues; (2) there is a substantial likelihood Plaintiffs will ultimately prevail on the merits; (3) the threatened injury to Plaintiffs outweighs any harm the proposed injunction may cause the opposing party; and (4) the injunction would not be contrary to the public interest. *American Civil Liberties Union v. Johnson*, 194 F.3d 1149, 1155 (10th Cir. 1999).

4. As detailed in Plaintiffs' Brief in Support of this Motion for Preliminary Injunction, submitted contemporaneously herewith, each of the elements necessary to obtain a-preliminary injunction is present in this action.

WHEREFORE, Plaintiffs respectfully request that this Court grant the Motion for Preliminary Injunction, and grant such further relief as is just and proper.

Respectfully submitted this 29th day of May, 2013.

KILLMER, LANE & NEWMAN, LLP

s/ David A. Lane_____
DAVID A. LANE
DARREN M. JANKORD
1543 Champa Street, Suite 400
Denver, CO  80202
(303) 571-1000
dlane@kln-law.com
djankord@kln-law.com
ATTORNEYS FOR PLAINTIFFS

**Certificate of Service**

I hereby certify that on this 29th day of May, 2013, a true and correct copy of the foregoing MOTION FOR PRELIMINARY INJUNCTION, was filed with the Clerk of

Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses, and was emailed to the Colorado Attorney General.

s/ David A. Lane