IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

**Civil Action No. 13-cv-01389-RPM**

TRANS-HIGH CORPORATION, d.b.a HIGH TIMES MAGAZINE,
THE DAILY DOOBIE, LLC, and
THE HEMP CONNOISSEUR, LLC,

      Plaintiffs,
v.

THE STATE OF COLORADO and
JOHN HICKENLOOPER,

      Defendants.
And

**Civil Action No. 13-cv-01431-RPM**

TATTERED COVER, INC., a Colorado corporation,
d/b/a Tattered Cover Book Store in Denver and Highlands Ranch, Colorado,
BACK COUNTRY BOOKS, INC., a Colorado corporation,
d/b/a Boulder Book Store in Boulder, Colorado,
THOMAS G. MULLIGAN, d/b/a Magpies Newsstand in Durango, Colorado,
NEWSSTAND SOLUTIONS, LLC, a Colorado limited liability company,
d/b/a Book Train, in Glenwood Springs Colorado, and
Woody's Newsstand, in Greeley, Colorado,
MOUNTAIN STATES NEWS DISTRIBUTORS, INC.,
d/b/a Magwest, Inc. and operating Al's Newsstand in Fort Collins, Colorado,
AMERICAN BOOKSELLERS FOUNDATION FOR FREE EXPRESSION,
a Delaware not-for-profit corporation, and
MOUNTAIN AND PLAINS INDEPENDENT BOOKSELLERS ASSOCIATION,
a Colorado nonprofit corporation,

      Plaintiffs,
v.

BARBARA BROHL, in her official capacity as
Executive Director of Colorado Department of Revenue,
JOHN HICKENLOOPER, in his official capacity as
Governor of the State of Colorado,
JOHN SUTHERS, in his official capacity as
Attorney General of the State of Colorado, and
PETE WEIR,
MITCHELL R. MORRISSEY,
FRANK RUYBALID,
DAN MAY,
BRUCE BROWN,
TODD RISBERG,

DAN HOTSENPILLER,
CLIFF REIDEL,
SHERY CALOIA,
JEFF CHOSTNER,
THOM LeDOUX,
DAVID MAHONEE,
ROBERT E. WATSON,
BRETT BARKEY,
JENNIFER SWANSON,
JIM BULLOCK,
DAVE YOUNG,
GEORGE BRAUCHLER,
KENNETH R. BUCK,
STAN GARNETT,
PETE HAUTZINGER, and
WILL FURSE, in their official capacities as the
District Attorneys for their respective judicial districts in the State of Colorado,

    Defendants.
_____

## ORDER OF CONSOLIDATION
_____

    Pursuant to Fed.R.Civ.P. 42(a)(2), because these civil actions involve common questions of fact and law, it is

    ORDERED that these civil actions are consolidated.

    DATED: June 11th, 2013

                BY THE COURT:

                s/Richard P. Matsch

                _____
                Richard P. Matsch, Senior Judge