IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

**Consolidated Actions:**

**Civil Action No. 13-cv-01389-RPM**

TRANS-HIGH CORPORATION, d.b.a HIGH TIMES MAGAZINE,
THE DAILY DOOBIE, LLC, and
THE HEMP CONNOISSEUR, LLC,

    Plaintiffs,
v.

THE STATE OF COLORADO and
JOHN HICKENLOOPER,

    Defendants.
And

**Civil Action No. 13-cv-01431-RPM**

TATTERED COVER, INC., a Colorado corporation,
d/b/a Tattered Cover Book Store in Denver and Highlands Ranch, Colorado,
BACK COUNTRY BOOKS, INC., a Colorado corporation,
d/b/a Boulder Book Store in Boulder, Colorado,
THOMAS G. MULLIGAN, d/b/a Magpies Newsstand in Durango, Colorado,
NEWSSTAND SOLUTIONS, LLC, a Colorado limited liability company,
d/b/a Book Train, in Glenwood Springs Colorado, and
Woody's Newsstand, in Greeley, Colorado,
MOUNTAIN STATES NEWS DISTRIBUTORS, INC.,
d/b/a Magwest, Inc. and operating Al's Newsstand in Fort Collins, Colorado,
AMERICAN BOOKSELLERS FOUNDATION FOR FREE EXPRESSION,
a Delaware not-for-profit corporation, and
MOUNTAIN AND PLAINS INDEPENDENT BOOKSELLERS ASSOCIATION,
a Colorado nonprofit corporation,

    Plaintiffs,
v.

BARBARA BROHL, in her official capacity as
Executive Director of Colorado Department of Revenue,
JOHN HICKENLOOPER, in his official capacity as
Governor of the State of Colorado,
JOHN SUTHERS, in his official capacity as
Attorney General of the State of Colorado, and
PETE WEIR,
MITCHELL R. MORRISSEY,
FRANK RUYBALID,
DAN MAY,
BRUCE BROWN,

TODD RISBERG,
DAN HOTSENPILLER,
CLIFF REIDEL,
SHERY CALOIA,
JEFF CHOSTNER,
THOM LeDOUX,
DAVID MAHONEE,
ROBERT E. WATSON,
BRETT BARKEY,
JENNIFER SWANSON,
JIM BULLOCK,
DAVE YOUNG,
GEORGE BRAUCHLER,
KENNETH R. BUCK,
STAN GARNETT,
PETE HAUTZINGER, and
WILL FURSE, in their official capacities as the
District Attorneys for their respective judicial districts in the State of Colorado,

    Defendants.
_____

ORDER FOR ENTRY OF ORDER, PERMANENT INJUNCTION AND FINAL JUDGMENT ON CONSENT
_____

    On June 10, 2013, the parties in Civil Action No. 13-cv-01389-RPM and Civil Action No. 13-cv-01431-RPM filed an Order, Permanent Injunction and Final Judgment on Consent, constituting, in effect, a stipulation for the entry of a consent judgment adjudicating the issues raised by the Plaintiffs in these two actions.  This court has jurisdiction of both actions pursuant to 28 U.S.C. § § 1331 and 1343(3) over the claims arising under the First and Fourteenth Amendments to the United States Constitution and supplemental jurisdiction under 28 U.S.C. § 1367 on the claims arising under the Colorado Constitution.

    The defendants have conceded the invalidity of the code provision cited in the complaints and the injunction order tendered is in compliance with Fed.R.Civ.P. 65(d). Accordingly, it is

    ORDERED, that the Order, Permanent Injunction and Final Judgment on Consent be entered as a final judgment in these actions.

    DATED: June 11th, 2013

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge